Anna, Sometimes Known as Ona, Clark, Appellee, v. Lithuanian Roman Catholic Alliance of America, Appellant.

Gen. No. 43,385.

Heard in the second division, first district, this court at the June term, 1945; opinion filed December 18, 1945; released for publication January 2, 1946. Joseph J. Grish, for appellant; David H. Kraft, of counsel; Ringer, Reinwald & Sostrin, for appellee; Morris Sostrin, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.